UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MANNS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　　Respondent. | No. 1:23-cv-01539-WBS-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 6) |

Petitioner Tony Manns is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2023, the assigned Magistrate Judge issued findings and recommendations that recommended denial of the petition. (ECF No. 6.) The findings and recommendations were served on Petitioner and contained notice that any objections were to be filed within thirty (30) days of the date of service of the findings and recommendations. (*Id.*) To date, no objections have been filed, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court holds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly:

1. The findings and recommendations issued on December 18, 2023 (ECF No. 6) are adopted in full;
2. The petition for writ of habeas corpus is denied;
3. The court declines to issue a certificate of appealability; and
4. The Clerk of Court is directed to close the case.

Dated:  April 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE